IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| REALTIME ADAPTIVE STREAMING LLC | § § § | |
| v. | § § | CASE NO. 6:17cv567-JRG-JDL |
| ECHOSTAR TECHNOLOGIES LLC, ET AL. | § § § | |

## FINAL JUDGMENT

Pursuant to the Joint Motion to Dismiss, the Court hereby enters Final Judgment. Plaintiff Realtime Adaptive Streaming LLC filed suit against Defendant Echostar Technologies LLC, et al. on October 10, 2017.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

So ORDERED and SIGNED this 8th day of November, 2017.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE